UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>vs.<br><br>Sergio Avipuro-Badillo<br><br>        Defendant(s) | CRIMINAL NO. 08MJ2447<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

BRENDA Macario-Lopez

DATED: 8/21/08

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
        DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
    Deputy Clerk

R. F. MESSIG