

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SERGIO AISPURO-BADILLO,<br><br>    Defendant. | Criminal Case No. 08CR2822-DMS<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting |

The United States Attorney charges:

On or about August 6, 2008, within the Southern District of California, defendant SERGIO AISPURO-BADILLO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Roberto Olvera-Vite, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 8-18-2008

                                     KAREN P. HEWITT
                                     United States Attorney

                                     FRED SHEPPARD
                                     Assistant U.S. Attorney

FAS:psd:San Diego
8/11/08